AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18CR292 |
| Andrew Nolan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Nolan                                                                                                                  .

Date:      8/1/2018                                                            /s/ Andrew M. Stewart
                                                                                              *Attorney's signature*

                                                                                        Andrew M. Stewart
                                                                                    *Printed name and bar number*

                                                                                2045 15th Street North, Suite 200
                                                                                      Arlington, Virginia 22201
                                                                                              *Address*

                                                                                  andrew.m.stewart.esq@gmail.com
                                                                                              *E-mail address*

                                                                                              703-248-0626
                                                                                          *Telephone number*

                                                                                              703-248-8971
                                                                                              *FAX number*