## ATTACHMENT A

| **Bar** | **Date of Admission** |
| --- | --- |
| New York (Bar ID No. 1851716) | March 23, 1983 |
| District of Columbia (Bar ID No. 392830) | October 1, 1985 |
| Florida (Bar ID No. 794074) | April 20, 1989 |

| **Federal Court** | **Date of Admission** |
| --- | --- |
| United States Supreme Court | June 24, 2013 |
| United States Court of Appeals for the Second Circuit | August 19, 2008 |
| United States Court of Appeals for the Eleventh Circuit | June 10, 2014 |
| United States District Court for the Southern District of New York | May 10, 1983 |
| United States District Court for the Eastern District of New York | August 19, 1983 |
| United States District Court for the Middle District of Florida | April 28, 1989 |
| United States District Court for the Southern District of Florida | September 19, 1989 |
| United States District Court for the District of Columbia | November 2, 1992 |