## ATTACHMENT A

| **Bar** | **Date of Admission** |
|---|---|
| Florida (Bar ID No. 68400) | September 25, 2009 |
| District of Columbia (Bar ID No. 229662) | February 5, 2018 |

| **Federal Court** | **Date of Admission** |
|---|---|
| United States Supreme Court | June 24, 2013 |
| United States Court of Appeals for the Eleventh Circuit | July 21, 2014 |
| United States District Court for the Middle District of Florida | July 20, 2011 |
| United States District Court for the Southern District of Florida | September 19, 2012 |